DANIEL J. DIMURO
DDIMURO@GORDONREES.COM



*Admitted In: NJ, NY, & PA*

ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

April 17, 2020

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
Thurgood Marshall U.S. Courthouse, Courtroom 518
New York, New York 10007

      Re: **Galvez v. JetSmarter, Inc.,** *et al.*
           **Civil Case No. 1:18-cv-10311-VSB**

Dear Judge Broderick:

    We represent Defendants JetSmarter, Inc. and Brent Hollenbach in this matter. In accordance with Your Honor's Memo Endorsement dated February 7, 2020 (*see* Dkt. No. 42), the parties are required to provide the Court with a joint status letter. In this regard, please be advised that the Plaintiff has yet to initiate arbitration proceedings.

    Plaintiff's counsel explains that the filing of the arbitration claim has been delayed by the current shutdown of offices due to the health emergency and the resulting inaccessibility of files. A claim will be filed within the next 20 days regardless of the circumstances.

    We thank Your Honor for your courtesies and attention to this matter.

                           Respectfully submitted,

                           */s/ Daniel J. DiMuro*

                           Daniel J. DiMuro

cc:    All Counsel of Record (via ECF)