DANIEL J. DIMURO
DDIMURO@GORDONREES.COM



Admitted In:  NJ, NY, & PA

ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

May 12, 2020

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
Thurgood Marshall U.S. Courthouse, Courtroom 518
New York, New York 10007

  **Re:** **Galvez v. JetSmarter, Inc.,** *et al.*
     **Civil Case No. 1:18-cv-10311-VSB**

Dear Judge Broderick:

  We represent Defendants JetSmarter, Inc. and Brent Hollenbach in this matter. In accordance with Your Honor's Memo Endorsement dated April 21, 2020 (*see* Dkt. No. 44), the parties are required to provide the Court with a joint status letter. In this regard, please be advised that the Plaintiff has yet to initiate arbitration proceedings. The current delay in filing has been due to the parties discussing the parameters of a mediation in an effort to attempt to resolve this matter.

  We thank Your Honor for your courtesies and attention to this matter.

          Respectfully submitted,

          */s/ Daniel J. DiMuro*

          Daniel J. DiMuro

cc: All Counsel of Record (via ECF)