Bruce E. Baldinger, Esq.
THE LAW OFFICES OF BRUCE E. BALDINGER, LLC
365 South Street
Morristown, NJ 07960
Phone:  (908) 218-0060
bbaldinger@baldingerlaw.com
Attorneys for Plaintiff Leonardo Galvez

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO GALVEZ, | : Civil Action No. 1:18-cv-10311-VSB |
| Plaintiff, | |
| v. | |
| JETSMARTER, INC., BRENT HOLLENBACH and JOHN DOES 1 through 5, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.  41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Leonardo Galvez and his counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against Jetsmarter, Inc., Brent Hollenbach and John Does 1-4.

        THE LAW OFFICES OF BRUCE E. BALDINGER, LLC
        Attorney for Plaintiff Richard Firshein and The Firshein Center
        365 South Street
        Morristown, NJ 07960
        908.218.0060

        By:  */s/ Bruce E. Baldinger*
           Bruce E. Baldinger